IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON A. GEGENHEIMER,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERIES LLC,<br><br>    Defendant. | Case No. 18-cv-00746-VC<br><br>**ORDER GRANTING MOTION TO DISMISS PETITION TO VACATE ARBITRATION AWARD** |

The motion to dismiss the petition to vacate the arbitration award is granted. Although the decision of the panel regarding the liquidated damages provision is very likely wrong (perhaps to the point that the panel should be understood to have manifestly disregarded the law), the panel's decision is not yet subject to review by a federal district court. In the Ninth Circuit, an arbitrator's ruling following the first phase of a bifurcated proceeding is not "final and reviewable." *Millmen Local 550 v. Wells Exterior Trim*, 828 F.2d 1373, 1375 (9th Cir. 1987). This is particularly clear in cases where, as here, the order is not "intended by the arbitrator to be a complete determination of the claims." *Id.* at 1376 (citation omitted). Further, Gegenheimer has not shown that this is one of those "extreme cases" that would warrant district court review even in the absence of a final ruling. *Id.* at 1377. Dismissal is without prejudice to filing a new petition at the end of the arbitration.

    **IT IS SO ORDERED.**

    Dated: March 29, 2018

HON. VINCE CHHABRIA
United States District Judge